## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
District of Florida

Case Number: 1:23-CV-20322-BB

Plaintiff:
**MARY PARKERSON**

vs.

Defendant:
**NORWEGIAN CRUISE LINE HOLDINGS LTD.**

For:
Matthias Hayashi, Esq.
Aronfeld Trial Lawyers
One Alhambra Plaza
Penthouse
Coral Gables, FL 33134

Received by Lisa Gonzalez (Miami - Dade Process Server) on the 31st day of January, 2023 at 10:54 am to be served on **NORWEGIAN CRUISES LINE HOLDINGS LTD, 7300 NW 19TH ST, Suite 100, MIAMI, FL 33126**.

I, Amor Santana, do hereby affirm that on the **31st day of January, 2023** at **3:06 pm, I:**

served a **CORPORATION** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, CIVIL COVER SHEET and COMPLAINT FOR DAMAGES AND DEMAND FOR TRIAL BY JURY** with the date and hour of service endorsed thereon by me, to: **Joanna Jora** as **Paralegal** for **NORWEGIAN CRUISES LINE HOLDINGS LTD**, at the address of: **7300 NW 19TH ST, Suite 100, MIAMI, FL 33126**, and informed said person of the contents therein, in compliance with state statutes.

Under penalty of perjury, I declare that I have read the foregoing Verified Return of Service and that the facts stated in it are true. I certify that I am over the age of 18, have no interest in the above action, and I am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. No notary required pursuant to F.S. 92.525(2).

**Amor Santana**
9020

**Lisa Gonzalez (Miami - Dade Process Server)**
**2540 SW 16th Terrace**
**Miami, FL 33145**
**(305) 458-6395**

Our Job Serial Number: LGN-2023000030